## McCONLEY v. STATE.  (No. 10896.)

Court of Criminal Appeals of Texas.  May 11, 1927.

Criminal law ⚖☞1090(1)—Where record on appeal contains neither statement of facts nor bills of exception, nothing is presented for review.

Where record on appeal contains neither statement of facts nor bills of exception, nothing is presented for review.

Appeal from District Court, Hardeman County; Robert Cole, Judge.

Mattie McConley was convicted of murder, and she appeals.  Affirmed.

Marshall & Perkins, of Quanah, for appellant.

Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J.  Appellant was convicted for the murder of Rosa Lee Harris; punishment assessed at five years in the penitentiary.

The record before us contains neither statement of facts nor bills of exception.  In this condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., not sitting.